IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JASON MARC REEDY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-01810-L-BT |
| | § | |
| **FREEDOM MORTGAGE CORPORATION,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

On December 10, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 7) was entered, recommending that the court **grant** Defendant Freedom Mortgage Corporation's ("Defendant" or "Freedom") Motion to Dismiss Pursuant to Federal Rule of Procedure 12(b)(6) ("Motion") (Doc.4) and dismiss Jason Marc Reedy's ("Plaintiff" or "Mr. Reedy") claims with prejudice. The magistrate judge determined that Defendant's Motion should be granted and Plaintiff's claims should be dismissed with prejudice. No objections to the Report have been filed, and the 14-day period to object after service of the Report has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C).

Magistrate Judge Rebecca Rutherford determined that Plaintiff fails to state a claim under the Real Estate Settlement Procedures Act (RESPA); his claim for injunctive relief fails; he is not entitled to attorney's fees; and his claims should be dismissed with prejudice. *See* Report. The court **agrees**.

First Magistrate Judge Rutherford found that Plaintiff fails to state a claim under RESPA. *Id.* at 8. Plaintiff asserted that Defendant "violated 'Section 5 of the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2604(c).'" *Id.* Magistrate Judge Rutherford determined that

Order – Page 1

Plaintiff had not pled "facts sufficient to show that it is plausible that Freedom violated 12 U.S.C. § 2604(c)." *Id.* at 8-9. Additionally, she noted that § 2604(c) does not contain a private right of action. *Id.* at 9. Therefore, Magistrate Judge Rutherford found that dismissal under Rule 12(b)(6) is proper. *Id.*

Second, Magistrate Judge Rutherford found that Plaintiff's claim for injunctive relief fails. *Id.* She states, "[a]bsent any other underlying substantive claim that should survive dismissal, the District Judge should dismiss [Mr.] Reedy's request for permanent injunctive relief." *Id.* at 10 (citations omitted). Therefore, Plaintiff's claim for injunctive relief should be dismissed. *Id.*

Third, Magistrate Judge Rutherford found that Plaintiff is not entitled to attorney's fees. *Id.* Plaintiff is seeking attorney's fees; however, Plaintiff "is proceeding pro se, is not an attorney, and has not stated a viable claim from relief." *Id.* Therefore, Magistrate Judge Rutherford recommends that Plaintiff's request for attorney's fees should be denied.

Finally, Magistrate Judge Rutherford recommends that Plaintiff's claims be dismissed with prejudice. *Id.* Plaintiff had filed a "virtually identical action" previously. *Id.* at 3. Magistrate Judge Rutherford notes that the magistrate judge and the district judge in Plaintiff's prior similar action advised him that his allegations did not state a claim for relief; Plaintiff had several months to amend before that action was dismissed; and, when filing this action, Plaintiff "asserted the same § 2406(c) claim, based on the same conduct, against the same defendant." *Id.* at 10-11. Further, in both this case and Plaintiff's prior similar action, Plaintiff was ordered to respond to Motions to Dismiss, but he disregarded those orders and did not file responses. *Id.* at 11. Finally, Plaintiff did not file objections to the Report to give the court notice of how the defects in his Complaint might be cured. Therefore, Magistrate Judge Rutherford recommends that Plaintiff's case be dismissed with prejudice.

After considering the pleadings, file, record, Report, and applicable law, the court **determines** that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion and **dismisses with prejudice** Plaintiff's claims.

**It is so ordered** this 4th day of March, 2026.

Sam A. Lindsay
United States District Judge